# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JERRY LEDBETTER**                                                                                   **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO.: 1:17-CV-00086-SA-DAS**

**THE CITY OF ABERDEEN, MISSISSIPPI**                                        **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff, Jerry Ledbetter, and Defendant, City of Aberdeen, Mississippi ("City"), have agreed to and announce to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to Plaintiff and Defendant, including all claims brought or that could have been brought, with the parties to bear their own costs. Pursuant to the agreement of Plaintiff and Defendant, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED this the 19th day of April, 2018.

                                                                /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT COURT JUDGE